**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ESTATE OF MILAGROS "MILLIE" ORTIZ, by and through its Personal Representative, EVELYN ALICEA,**

**CASE NO.: 6:26-cv-2625**

**Plaintiff,**

**vs.**

**CITY OF ORLANDO, FLORIDA; FORD MOTOR COMPANY, a Delaware corporation; DANA SAFETY SUPPLY, INC.; and FEDERAL SIGNAL CORPORATION, INC.,**

**Defendant.**

**____________________________________/**

**DEFENDANT, CITY OF ORLANDO'S, NOTICE OF REMOVAL**

**COMES NOW**, Defendant, CITY OF ORLANDO (hereinafter "the City"), by and through undersigned counsel files and pursuant to 28 U.S.C. 1331, 1343, 1367, 1441, and 1446 and M.D. Fla. Loc. R. 1.06, respectfully petitions this Court for removal of the above-styled action pending in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, and states as follows:

1. The City desires to exercise its rights under 28 U.S.C. § 1441 to remove this action from the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, where it is now pending under the case style: *Estate of Milagros "Millie" Ortiz, by and through its Personal Representative, Evelyn Alicea v. City of Orlando, Florida, et. al.,* Case No.: 2026-CA-008582-O (hereinafter the "State Court Action").

2. Plaintiff's Complaint was filed on August 11, 2026, and filed the Amended Complaint on October 19, 2026.

3. Counts I and II assert state law negligence claims against the City. [Amended Complaint ¶¶ 135–49].

4. Counts III through VII assert *Monell* claims under 42 U.S.C. § 1983 against the City, alleging a violation of the Fourteenth Amendment's substantive due process clause. [*Id.* ¶¶ 150–85].

5. Counts VIII through XII assert product liability, negligence, and breach of warranty claims under state law against Defendant, Ford Motor Company. [*Id.* ¶¶ 186–219].

6. Counts XIII through XVIII assert product liability, negligence, and breach of warranty claims under state law against Defendant, Dana Safety Supply, Inc. [*Id.* ¶¶ 220–59].

7. Counts XIX through XXIII assert product liability, negligence, and breach of warranty claims under state law against Defendant, Federal Signal Corporation, Inc. [*Id.* ¶¶ 260–92].

8. Counts XXIV and XXV assert claims for wrongful death and for "loss of consortium/survivor damages" under state law against all Defendants. [*Id.* ¶¶ 293–307].

9. This Court has original federal question jurisdiction over the claims asserted in Counts III through VII pursuant to 28 U.S.C. § 1343(a)(3), as these counts seek redress for the alleged deprivation, under color of state law, of rights secured by the Constitution of the United States.

10. This Court has supplemental jurisdiction over all asserted state law claims pursuant to 28 U.S.C. § 1367(a) because they arise "from the same facts, [and] involve similar occurrences, witnesses, [and] evidence." *Hudson v. Delta Air Lines, Inc.*, 90 F.3d 451, 455 (11th Cir. 1996). Each of Plaintiff's claims arise from the same alleged motor vehicle accident.

11. Pursuant to 28 U.S.C. § 1446(a) and M.D. Fla. Loc. R. 1.06, copies of the Summons and Amended Complaint as well as all other process, pleadings, orders, and papers docketed in the Sate Action are attached to this Notice of Removal as Exhibit A.

12. The City was served with the Summons and Amended Complaint on October 26, 2026, and all other Defendants were served on October 22, 2026.

13. Pursuant to 28 U.S.C. § 1446(b)(2)(A), the City has received written consent from all other Defendants to remove this case.

14. In accordance with the requirement of 28 U.S.C. § 1446(b)(2)(B), this Notice of Removal is filed within 30 days of the receipt of the initial pleading by the City.

15. Venue is appropriate in the United States District Court for the Middle District of Florida, Orlando Division, because this Division encompasses the geographical area of Orange County, Florida, where the alleged motor vehicle accident took place which gave rise to this action and where the State Court Action is currently pending. *See* 28 U.S.C. §§ 89(c), 1441(a), & 1446(a).

16. Accordingly, the requirements to remove all federal and state law claims have been satisfied.

17. Pursuant to 28 U.S.C. §1446(d), written and electronic notice of filing this Notice of Removal will also be filed with the Clerk of the Circuit Court of the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida.

**WHEREFORE**, Defendant, CITY OF ORLANDO, respectfully requests that this action be removed to this Court and that this Court accept jurisdiction of this action, and that this action be placed on the docket of this Court for

further proceedings, the same as though this action had been originally instituted in this Court.

**I HEREBY CERTIFY** that on November 10, 2026, the foregoing was electronically filed the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record, and that copies of this document were sent via email to counsel for each party, whose information is provided below the signature block.

*/s/ S. Renee Stephens Lundy*
S. RENEE STEPHENS LUNDY, ESQ.
Florida Bar No. 0501867
Dean, Ringers, Morgan & Lawton, P.A.
Post Office Box 2928
Orlando, Florida 32802-2928
Tel: 407-422-4310 | Fax: 407-648-0233
RLundy@drml-law.com
COConnell@drml-law.com
Courtney@drml-law.com
Kari@drml-law.com
Attorneys for Defendant, City of Orlando

**Counsel for Plaintiff:**

Michael D. Cerasa, Esq.
Romanucci & Blandin, LLC
321 North Clark Street, Suite 900 Chicago, Illinois 60654
Tel: (312) 253-8618 | Fax: (312) 458-1004
mcerasa@rblaw.net

Su-Ann Robinson, Esq.
Ben Crump Law
614 S. Federal Highway Fort Lauderdale, FL 33301
sueann@bencrump.com

Gabrielle Higgins, Esq.
Ben Crump Law
614 S. Federal Highway Fort Lauderdale, FL 33301
gabrielle@bencrump.com

**Counsel for Defendant, Ford Motor Company:**

Francis M. McDonald, Jr.
McDonald Toole Richman & Correnti, P.A.
111 N Magnolia Ave., #1200, Orlando, FL 32801
(407) 246-1800 Main | (407) 838-4065 Direct
fmcdonald@mtrclegal.com

**Counsel for Defendant, Dana Safety Supply, Inc.**

David A. Corso, Esq.
Fisher Rushmer, P. A.
200 E. Robinson Street, Suite 800
Orlando, Florida 32801
407-843-2111 (Telephone)
407-422-1080 (Facsimile)
dcorso@fisherlawfirm.com

**Counsel for Defendant, Federal Signal Corporation, Inc.**

David Latham, Esq.
General Counsel's Office for Federal Signal Corporation, Inc.
1333 Butterfield Road, Suite 500, Downers Grove, IL 60515
(630) 954-2010
dlatham@federalsignal.com