# Orange County Clerk - Court Records Search

## 2026-CA-008582-O : ESTATE OF MILAGROS "MILLIE" ORTIZ vs. CITY OF ORLANDO FLORIDAet al.

| | | | |
|---|---|---|---|
| Case Type: | CA - Auto Negligence | Date Filed: | 8/11/2026 |
| Location: | Div 34 | UCN: | 482026CA008582A001OX |
| Judge: | Tanya Davis Wilson | Status: | Pending |
| Citation Number: | CA - Auto Negligence | Appear By Date: | |

### Parties

| Name | Type | Attorney | Atty Phone |
|---|---|---|---|
| CITY OF ORLANDO FLORIDA | Defendant | | |
| ESTATE OF MILAGROS "MILLIE" ORTIZ EVELYN ALICEA PREP | Plaintiff | MICHAEL CERASA | 312-458-1000 |
| FORD MOTOR COMPANY | Defendant | | |
| DANA SAFETY SUPPLY INC | Defendant | | |
| FEDERAL SIGNAL CORPORATION INC | Defendant | | |

### Charge Details

| Offense Date | Charge | Plea | Arrest | Disposition | Sentence |
|---|---|---|---|---|---|

### Docket Events

| Date | Description | Pages |
|---|---|---|
| 10/27/2026 | Summons Returned Served<br><br>Comments: FEDERAL SIGNAL CORPORATION INC | 4 |
| 10/27/2026 | Summons Returned Served<br><br>Comments: FORD MOTOR COMPANY | 4 |
| 10/27/2026 | Summons Returned Served<br><br>Comments: DANA SAFETY SUPPLY INC | 4 |
| 10/27/2026 | Summons Returned Served<br><br>Comments: CITY OF ORLANDO, FLORIDA | 4 |
| 10/20/2026 | Summons Issued on Amended Complaint<br><br>Comments: emailed atty | 3 |
| 10/20/2026 | Summons Issued on Amended Complaint<br><br>Comments: emailed atty | 3 |
| 10/20/2026 | Summons Issued on Amended Complaint<br><br>Comments: emailed atty | 3 |
| 10/20/2026 | Summons Issued on Amended Complaint<br><br>Comments: emailed atty | 3 |
| 10/19/2026 | Amended Complaint | 46 |
| 9/23/2026 | Notice Appearance of Counsel | 2 |
| 8/12/2026 | Uniform Order Setting Case for Jury/Pretrial - General | 11 |
| 8/11/2026 | Complaint | 18 |
| 8/11/2026 | Civil Cover Sheet | 3 |

| Date | Description | Pages |
|---|---|---|
| 8/11/2026 | Case Initiated | |

## Hearings

| Date | Hearing | Time | Location | Pages |
|---|---|---|---|---|

## Financial

| Date | Description | Payer | Amount |
|---|---|---|---|
| 8/11/2026 | Transaction Assessment | | 400.00 |
| 8/11/2026 | Payment | Isaiah Walker | -400.00 |
| 10/19/2026 | Transaction Assessment | | 40.00 |
| 10/19/2026 | Payment | CERASA, MICHAEL DONALD | -40.00 |
| | | Balance Due: | 0.00 |

## Bonds

| Description | Status Date | Bond Status | Amount |
|---|---|---|---|

## Warrants

| Number | Status Description | Issue Date | Service Date | Recall Date | Expiration Date | Warrant Type |
|---|---|---|---|---|---|---|