**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ESTATE OF MILAGROS "MILLIE" ORTIZ, by and through its Personal Representative, EVELYN ALICEA,

Plaintiff,

v.

CITY OF ORLANDO, FLORIDA; FORD MOTOR COMPANY, a Delaware corporation; DANA SAFETY SUPPLY, INC.; and FEDERAL SIGNAL CORPORATION, INC.,

Defendants.
___________________________________/

Case No. 6:26-cv-02625-GAP-NWH

**PLAINTIFF'S DISCLOSURE STATEMENT (CIVIL) UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03 (CERTIFICATE OF INTERESTED PERSONS)**

**Recusal Information**

1. **If the filer is a non-governmental corporation, identify any parent corporation and any publicly held corporation holding 10% or more of the filer's shares.**

   Not applicable. The filer, the Estate of Milagros "Millie" Ortiz, by and through its Personal Representative, Evelyn Alicea, is not a corporation.

2. **Identify any other entity or natural person — not a party or counsel of record — with an interest the action's outcome might substantially affect.**

   The decedent's statutory survivors and heirs under the Florida Wrongful Death Act, sections 768.16 through 768.26, Florida Statutes, on whose behalf this action is brought:

   a. Judy Santiago, adult daughter of the decedent;
   b. Evelyn Alicea, adult daughter of the decedent (also the Personal Representative of the Estate); and
   c. Antonio Ortiz, adult son of the decedent.

3. **Identify any lawyer — other than counsel of record — who serves or has served in the action as a lawyer for the filer, who is financially interested in the action, or who might appear as a material witness in the action.**

   None known.

4. **If this is a bankruptcy appeal, identify the debtor, the trustee, and the members of the creditors' committee.**

   Not applicable.

5. **Identify any entity or natural person not already disclosed and likely to actively participate in this action.**

   Public Safety Supply, LLC, a Florida limited liability company, which Plaintiff has moved to add as a defendant by the proposed Second Amended Complaint.

6. **Identify any conflict of interest affecting the district judge or the magistrate judge in this action.**

   None known.

**Citizenship Information**

The filer is the legal representative of an estate. The decedent, Milagros "Millie" Ortiz, was a citizen of the State of Florida at the time of her death. Under 28 U.S.C. § 1332(c)(2), the Personal Representative is deemed a citizen only of the same State as the decedent.

**Certificate**

The filer certifies that the disclosures in this statement are complete and accurate to the best of the filer's knowledge, information, and belief. The filer

agrees to revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy.

Dated: November 16, 2026


*/s/ Michael D. Cerasa*
Michael D. Cerasa, Esq. (Lead Counsel)
Florida Bar No. 0015085
ROMANUCCI & BLANDIN, LLC
321 N. Clark St., Suite 900
Chicago, IL 60654
Tel: 312.253.8618
mcerasa@rblaw.net

Sue-Ann Robinson, Esq.
Florida Bar No. 29463
sueann@bencrump.com
Gabrielle Higgins, Esq.
Florida Bar No. 1025840
gabrielle@bencrump.com
BEN CRUMP LAW
614 S. Federal Highway
Fort Lauderdale, FL 33301

*Counsel for Plaintiff*